# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America

vs.

Gaspar Mateo-Juan

CRIMINAL COMPLAINT
CASE: 19-22313MP
Citizenship: GUATEMALA

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about February 06, 2019, at or near Sasabe, Arizona, in the District of Arizona, Gaspar MATEO-Juan, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   On or about February 06, 2019, agents found Gaspar MATEO-Juan in the United States of America at or near New Field, Arizona without the proper immigration documents. Furthermore, Gaspar MATEO-Juan admitted to illegally entering the United States of America from Mexico on or about February 06, 2019, at or near Sasabe, Arizona at a time and place other than designated by immigration officials.

File Date: 02/08/2019

at Tucson, Arizona

Pedro Leon, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 02/08/2019

**Bruce G. Macdonald**
**Magistrate Judge**

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                                CASE: 19-22313MP

vs.

Gaspar Mateo-Juan

**JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)**

The Defendant, Gaspar Mateo-Juan, was represented by counsel, Charles Thomas (CJA).

The defendant pled guilty to the Complaint on 02/08/2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 02/06/2019 |

As pronounced on 02/08/2019, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Friday, February 08, 2019.

Bruce G. Macdonald
Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | JUDGE'S MINUTES |

Date: 02/08/2019     Case Number: 19-22313MP

USA vs. **Gaspar Mateo-Juan**
Magistrate Judge: BRUCE G. MACDONALD     Judge AO Code: 70BY
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Carlos Arvizu, Spanish
Attorney for Defendant: Charles Thomas (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense     [X] Date of Arrest: **02/06/2019**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:     Charles Thomas (CJA) is appointed as attorney of record for defendant.

Recorded by Courtsmart     COP: 1
BY: Beth Harper              Sent: 0
    Deputy Clerk             IA: 0
    Start: 1:40 PM Stop: 3:15 PM